UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SONNY PERDUE, Secretary, United States Department of Agriculture, et al. <br><br> Defendants. | Civ. No. 18-00887 (CRC) |

**CONSENT MOTION TO HOLD THIS CASE IN ABEYANCE
TO ALLOW PLAINTIFFS TO SEEK ACCESS TO CERTAIN RECORDS**

With the consent of Defendants, Plaintiffs request that this case under the affirmative disclosure requirements of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(a)(2), be held in abeyance while Plaintiffs seek access from the United States Department of Agriculture ("USDA) to the Column E and other explanations that are included in the annual reports of research facilities. *See e.g.,* Complaint ¶ 53. Although Plaintiffs do not believe that they are required to exhaust any particular administrative remedies in order to enforce the affirmative disclosure requirements of FOIA, because Defendants have moved to dismiss Plaintiffs' Complaint, in part, on this ground with respect to these particular records, ECF No. 11, Plaintiffs wish to nevertheless pursue these records administratively in an effort to narrow the issues before the Court.

Once Plaintiffs receive a final response from the USDA concerning their request that such records be affirmatively disclosed, they will be in a position to amend or supplement their Complaint, as appropriate—to which Defendants have also consented. At that point, the parties

will confer about how to proceed with respect to Defendants' pending motion to dismiss, and will submit a proposal to the Court for such further proceedings.

                                                Respectfully submitted,

                                                __/s/_____
                                                Katherine A. Meyer
                                                D.C. Bar No. 244301
                                                kmeyer@meyerglitz.com

                                                William Nicholson Lawton
                                                D.C. Bar No. 1046604
                                                nlawton@meyerglitz.com

                                                Meyer Glitzenstein & Eubanks, LLP
                                                4115 Wisconsin Ave., N.W. Suite 10
                                                Washington, D.C.  20016
                                                (202) 588-5206 (O)
                                                (202) 588-5049 (fax)