**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:18-cv-00887-CRC |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**SUPPLEMENTAL NOTICE OF RECENT DECISION**

On February 5, 2019, this Court granted Defendants' motion to stay this case ("*PETA II*") pending resolution the Plaintiffs' appeal of the dismissal in *PETA v. U.S. Dep't of Agriculture* ("*PETA I*"), No. 17-cv-0269-CRC (D.D.C.) ("*PETA 1*").  Defendants previously notified the Court that on March 15, 2019, the D.C. Circuit issued an opinion in *PETA 1* reversing in part, affirming in part, and remanding in part for further factual clarification.  *See* ECF No. 23 (notifying the Court of the decision in *PETA v. U.S. Dep't of Agric.*, No. 18-5074 (D.C. Cir. Mar. 15, 2019)).  On May 9, 2019, the D.C. Circuit issued the mandate in *PETA I*, and Defendants received notice thereof on May 14, 2019.  Defendants intend to file a motion to dismiss in this case and *PETA 1*, but plan to meet and confer with plaintiffs to try to work out an appropriate briefing schedule and to see if the issues in dispute can be narrowed.

Dated:  May 31, 2019                     Respectfully submitted,

                                         JOSEPH H. HUNT
                                         Assistant Attorney General

                                         MARCIA BERMAN
                                         Assistant Branch Director
                                         Civil Division

                                          /s/ Peter M. Bryce_____
                                         PETER M. BRYCE
                                         (IL Bar No. 6244216)
                                         Senior Counsel
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street, N.W., Rm 11220
                                         Washington, D.C. 20005
                                         Tel: (202) 616-8335
                                         Fax: (202) 616-8470
                                         E-mail: peter.bryce@usdoj.gov
                                         Attorney for Defendant